ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes

ALLISON D. MCFEATTERS
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Allison.mcfeatters@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 25 2009

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CR. NO. 08-00246 |
| Plaintiff,                      ) | |
| vs.                             ) | SUPERSEDING INFORMATION |
| LIPINE TAVU'I,       (01)       ) | 18 U.S.C. § 113(a)(4) |
| VASATI TOA,          (02)       ) | |
| Defendants.                     ) | |

SUPERSEDING INFORMATION

The United States Attorney charges that:

On or about September 3, 2007, on Aliamanu Military Reservation, Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, LIPINE TAVU'I and VASATI TOA, Defendants herein,

assaulted L.D.O.L. by striking, beating and wounding her.

All in violation of Title 18, United States Code, Section 113(a)(4).

DATED: _____SEP 2 5 2009_____, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
RONALD G. JOHNSON
Assistant U.S. Attorney

By _____
ALLISON D. MCFEATTERS
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

United States v. Lipine Tavu'i et al.
Cr. No. 08-00246
"Superseding Information"